## United States Bankruptcy Court
### Middle District of Florida

In re  **Andrea Bailey**
       **Daniel Lee**                                                         Case No. _____
                                          Debtor(s)                           Chapter   7

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __**Andrea Bailey and Daniel Lee**__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Andrea Bailey_                                            _/s/ Daniel Lee_
**Andrea Bailey**                                              **Daniel Lee**
Signature of Debtor                                            Signature of Joint Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 12/8/10 |
| Summary of Schedules & A - J | 12/8/10 |
| Statement of Intentions | 12/8/10 |
| Disclosure of Compensation for Attorney | 12/8/10 |
| Means Test | 12/8/10 |
| Exhibit D | |
| Declaration of Debtors Schedules | 12/8/10 |
| Statement of Financial Affairs | 12/8/10 |
| Social Security Number Statement | 12/8/10 |
| List of Creditors | 12/8/10 |