# United States Bankruptcy Court
## Middle District of Florida

In Re: <u>Bailey, Andrea & Lee, Daniel .</u> )
      *Debtor(s)*               ) Case No.: **3:10-bk-10605-PMG**
                                    )
                                    ) Chapter.: **7**

## MOTION TO WITHDRAW AS COUNSEL

    Gordon T. Nicol, Esq. counsel for Ms. Bailey and Mr. Lee (**"Debtor(s)"**) hereby moves the Court, pursuant to Rule 2.03(b), Local Rules, Middle District of Florida, for an order permitting the undersigned to withdraw as counsel of record for Debtor(s) in this action. As grounds for this Motion, counsel states:

    1.    The Debtor(s) retained the undersigned for a chapter 7 bankruptcy and no longer wish to proceed, **pursuant to the Debtor(s) request, attached and incorporated herein.**

    2.    In accordance with Local Rule 2.03(b), the Debtor(s) have had ten days notice of the undersigned's intention to withdraw prior to the filing of this motion.

    3.    In accordance with Local Rule 3.01(g), the undersigned counsel has attempted to confer with all remaining parties, and no objections were expressed.

    WHEREFORE, the Court should authorize Gordon T. Nicol, Esq. to withdraw as counsel of record for Debtor(s) in this action.

Submitted this 17th day of February, 2011,

                                                      By:<u>/s/ Gordon T. Nicol, Esq.</u>
                                                           Gordon T. Nicol, Esq.
                                                           Florida Bar No. 0818320
                                                           7545 Centurion Parkway, Suite 108
                                                           Jacksonville, Florida 32256
                                                           Tel. (904) 384-4911

# CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed on 17th day of February, 2011, to the following:

Daniel Lee & Andrea Bailey
2383 Glade Springs Dr.
Jacksonville, FL 32246

Trustee Doreen Abbott
P.O. Box 56257
Jacksonville, FL 32241

All creditors on the matrix

/s/ Gordon T. Nicol, Esq.
Gordon T. Nicol, Esq.
Florida Bar No. 0818320
7545 Centurion Parkway, Suite 108
Jacksonville, Florida 32256
Tel. (904) 384-4911

**To Do List**  1/12/11

Dear Gordon T. Nicol,

We have decided to officially withdraw our Chapter 7 Bankruptcy. We will not be at the meeting of creditors. Please cease any further action regarding bankruptcy.

Thank you,
Andrea Bailey &
Andrea Bailey

Daniel Lee
DANIEL LEE