# United States Bankruptcy Court
## Middle District of Florida

| | |
|---|---|
| In Re: <u>Bailey, Andrea & Lee, Daniel .</u> | ) |
| *Debtor(s)* | ) Case No.: **3:10-bk-10605-PMG** |
| | ) |
| | ) Chapter.: **7** |
| | ) |
| | ) |

### MOTION TO REQUEST HEARING *IN CAMERA*

Gordon T. Nicol, Esq. counsel for Ms. Bailey and Mr. Lee **("Debtor(s)")** respectfully moves this Honorable Court to provide the undersigned with a short *in camera* hearing to discuss the previously filed Motion to Withdraw as Counsel.

WHEREFORE, it is respectfully requested that this Honorable Court grant the undersigned an *in camera* hearing. In order to accomplish this, it is further requested that the *in camera* hearing be expedited as soon as possible, as an adversarial proceeding is pending.

Submitted this 23rd day of February, 2011,

By:<u>/s/ Gordon T. Nicol, Esq.</u>
Gordon T. Nicol, Esq.
Florida Bar No. 0818320
7545 Centurion Parkway, Suite 108
Jacksonville, Florida 32256
Tel. (904) 384-4911

### CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed on 23rd day of February, 2011, to the following:

Daniel Lee & Andrea Bailey
2383 Glade Springs Dr.
Jacksonville, FL 32246

Trustee Doreen Abbott
P.O. Box 56257
Jacksonville, FL 32241

All creditors on the matrix

                                                      /s/ Gordon T. Nicol, Esq.
                                                     Gordon T. Nicol, Esq.
                                                     Florida Bar No. 0818320
                                                   7545 Centurion Parkway, Suite 108
                                                   Jacksonville, Florida 32256
                                                   Tel. (904) 384-4911